**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FABIO MAURICIO PALACIO, individually
and on behalf of all others similarly situated,

Plaintiff, CASE NO.: 1:26-cv-24191-DPG

v.

HEAVEN HILL DISTILLERIES, INC.,
a Kentucky corporation,

Defendant.
_______________________________________/

**DEFENDANT HEAVEN HILL'S**
**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

In accordance with the Southern District of Florida Local Rule 3.8 ("LR 3.8") and Internal Operating Procedure 2.15.00, Defendant Heaven Hill Distilleries, Inc. ("Heaven Hill") hereby files this *Notice of Pending, Refiled, Related or Similar Actions*.

LR 3.8 states that "[i]t shall be the continuing duty of the attorneys of record in every action or proceeding to bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures, **as well as the existence of any similar actions or proceedings then pending before another court** or administrative agency." L.R. 3.8 (emphasis added).

On June 16, 2026, Plaintiff filed a Notice of Pending, Refiled, Related or Similar Actions [ECF No. 4] disclosing certain similar actions and suggesting it "may be warranted" to transfer this *Palacio* action from Judge Moore to this Court because your Honor was currently adjudicating one similar, earlier filed tequila adulteration case against a different defendant: *Johnson v. Constellation Brands, Inc.,* No. 25-cv-25926-DPG (S.D. Fla.).

Plaintiff's notice, however, did not include the earlier filed tequila adulteration class action brought against Heaven Hill in the Northern District of Illinois: *Dubreu v. Heaven Hill Distilleries, Inc.*, No. 26-cv-05330 (N.D. Ill.). This nearly identical case was filed on May 7, 2026, more than five weeks before the instant action was filed. There are also two other tequila adulteration class actions that have been pending in the Northern District of Illinois since April 3, 2026.

**<u>NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS</u>**

Defendant Heaven Hill hereby provides a more complete list of the pending, refiled, related or similar actions currently pending that allege similar tequila adulteration claims:

A. <u>Heaven Hill's Newly Disclosed Matters in Illinois:</u>

1. *Dubreu v. Heaven Hill Distilleries, Inc.*, No. 26-cv-05330 (N.D. Ill.) (filed on May 7, 2026)

2. *Bacos v. Calabasas Beverage Co.*, No. 26-cv-03706 (N.D. Ill.) (filed on April 3, 2026)

3. *Tomescu v. Siete Bucks Spirits, LLC*, No. 26-cv-03709 (N.D. Ill) (filed April 3, 2026)

B. <u>Matters Plaintiff Previously Disclosed from Florida, New York, Washington, and Canada:</u>

4. *Johnson v. Constellation Brands, Inc.,* No. 25-cv-25926-DPG (S.D. Fla.)

5. *Haschemie v. Diageo North America Inc.*, No. 25-cv-07036 (E.D.N.Y.).

6. *Pusateri. v. Diageo North America, Inc.*, No. 25-cv-02482 (E.D.N.Y.).

7. *Jackson v. Diageo North America, Inc.*, No. 25-cv-06994 (E.D.N.Y.)

8. *Dan-Mirvicko Durandisse v. Diageo Canada Inc.*, No. 500-06-001378-252 (Can. Qc. S.C.)

9. *Salisbury v. Costco Wholesale Corp.*, No. 25-cv-02277 (W.D. Wash.)

Dated: June 29, 2026

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: /s/ *Kayla L. Pragid*
Kayla L. Pragid (Fla. Bar No. 98738)
Caitlin Saladrigas (Fla. Bar No. 95728)
Henry Moreno (Fla. Bar No. 1031432)
Cory Hartstein (Fla Bar No. 1049198)
777 South Flagler Drive, Suite 1900W
West Palm Beach, FL 33401
Tel.: (561) 650-8303
Kayla.Pragid@hklaw.com
Caitlin.Saladrigas@hklaw.com
Henry.Moreno@hklaw.com
Cory.Hartstein@hklaw.com

Andrew W. Balthazor (Fla. Bar No. 1019544)
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 468-7885
Andrew.Balthazor@hklaw.com

*Counsel for Defendant Heaven Hill*