**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FABIO MAURICIO PALACIO, individually and on behalf of all others similarly situated,

Plaintiff, Case No. 1:26-cv-24191-DPG

v.

HEAVEN HILL DISTILLERIES, INC., a Kentucky corporation,

Defendant.
________________________________________/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO TRANSFER CASE**

Defendant's Notice of Supplemental Authority attaches a motion filed by plaintiff's counsel in *Dubreu v. Heaven Hill Distilleries, Inc*., No. 26-cv-05330 (N.D. Ill.), in support of its Motion to Transfer. [D.E. 16]. The *Dubreu* Motion is not supplemental authority. Supplemental filings are restricted to "pertinent and significant authorities," including judicial opinions, statutes, and regulations that bear on issues already briefed. *See* S.D. Fla. L.R. 7.8. A nonparty's motion filed in another court establishes no legal rule, does not bind this court, and carries no precedential or persuasive weight. *See Barron v. Snyder's-Lance, Inc.,* 2014 WL 2686060, at *1 (S.D. Fla. June 13, 2014) ("Supplemental filings should direct the Court's attention to *legal authority* or *evidence*…") (emphasis added); *Foster v. Bridgestone Ams. Tire Operations, LLC,* 2013 WL 1363962, at *4 (S.D. Ala. Apr. 3, 2013) (striking testimony filed as supplemental authority because it was "not authority at all").

Separately, the *Dubreu* Motion has no bearing on transfer. Transfer under 28 U.S.C. § 1404(a) turns on the convenience of parties and witnesses and the interest of justice in this action, not on arguments a nonparty advanced in a proceeding before a different court, with different parties and claims, on a different record.

Respectfully submitted on September 22, 2026.

By: */s/ Robert Neary, Esq.*___

**KOZYAK TROPIN & THROCKMORTON LLP**
Robert Neary, Esq.
Florida Bar No. 81712
rn@kttlaw.com
Rachel Sullivan, Esq.
Florida Bar No. 815640
rs@kttlaw.com
Abe A. Bailey
abailey@kttlaw.com
Florida Bar No. 1010335
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*and*

*/s/ Daniel S. Maland*___

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
Daniel S. Maland, Esq.
Florida Bar No. 114932
dmaland@rvmrlaw.com
Robert M. Stein, Esq.
Florida Bar No. 93936
rstein@rvmrlaw.com
Sandra E. Mejia, Esq.
Florida Bar No. 1026047
smejia@rvmrlaw.com
Miami Tower, Suite 2900
100 S.E. Second Street
Miami, Florida 33131
servicedanielmaland@rvmrlaw.com
servicerobertstein@rvmrlaw.com
servicesandramejia@rvmrlaw.com

*Counsel for Plaintiff and the Proposed Classes*